UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:19-cv-00139-MR

| | |
|---|---|
| DUSTIN LAMAR BINGHAM, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | ORDER |
| ) | |
| FNU GARLAND, et al., ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

**THIS MATTER** is before the Court on Defendants' Motion for Leave to Manually File an Exhibit. [Doc. 45]. For the reasons stated in Defendants' motion and because the Court has already received the manually filed exhibit,

**IT IS HEREBY ORDERED** that Defendant's motion [Doc. 45] is **GRANTED.**

**IT IS FURTHER ORDERED** that, if Plaintiff requests it, Defendant shall make a copy of the video contained therein available to Plaintiff through the staff at the facility at which he is currently housed.

**IT IS SO ORDERED**.

Signed: January 6, 2021

Martin Reidinger
Chief United States District Judge